### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

| | |
|---|---|
| WILLIAM NAVARRO CASTILLO, | |
| Plaintiff, | CIVIL ACTION NO.: 6:20-cv-036 |
| v. | |
| SGT. JOHNSON; OFFICER JACKSON; UNIT MANAGER HUTCHENSON; UNIT MANAGER SHARPE; WARDEN JAMES DEAL; DEPUTY WARDEN ADAMS; MS. SPELLS; UNIT MANAGER BOBBIT; OFFICER MS. LANE; OFFICER FNU McGLOHONE; MS. CHESTER; and UNIT MANAGER JOHNSON, | |
| Defendants. | |

### O R D E R

After a careful, *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, (doc. 46), to which Plaintiff filed objections, (doc. 48).

The Court finds Plaintiff's objections unavailing. Accordingly, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DENIES** Plaintiff's motion for a temporary restraining order, (doc. 21), and motion to amend, (doc. 30), **DENIES AS MOOT** Plaintiff's motion for reconsideration, (doc. 35), motions to caption, (docs. 38, 40, 42, 44), and Motion to Compel, (doc. 39), and **DISMISSES** the above-captioned case for failure to state a claim upon which relief may be granted. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff leave to appeal *in forma pauperis*. Because the Court dismisses Plaintiff's

case, Plaintiff's Motion to Change Case Number is **MOOT**.  (Doc. 49.)

    **SO ORDERED**, this 22nd day of September, 2020.

                                          R. STAN BAKER
                                          UNITED STATES DISTRICT JUDGE
                                          SOUTHERN DISTRICT OF GEORGIA