# United States District Court
## Southern District of Georgia

WILLIAM NAVARRO CASTILLO,

    Plaintiff,

v.

SGT. JOHNSON, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:20-cv-036

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order dated September 22, 2020, adopting the Report and Recommendation of the United States Magistrate Judge as the opinion of this Court, judgment is entered dismissing Plaintiff's complaint for failure to state a claim upon which relief may be granted and Plaintiff is denied leave to appeal in forma pauperis. This case stands closed.

Approved by: _[signature]_

September 28, 2020
*Date*

John E. Triplett, Acting Clerk
*Clerk*

_[signature]_
(By) Deputy Clerk