IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| WILLIAM NAVARRO CASTILLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 620-036 |
| | ) | |
| SGT. JOHNSON; OFFICER JACKSON; | ) | |
| UNIT MANAGER HUTCHENSON; | ) | |
| UNIT MANAGER SHARPE; WARDEN | ) | |
| JAMES DEAL; DEPUTY WARDEN | ) | |
| ADAMS; MS. SPELLS; UNIT MANAGER | ) | |
| BOBBIT; OFFICER MS. LANE; OFFICER | ) | |
| FNU McGLOHONE; MS. CHESTER; and | ) | |
| UNIT MANAGER JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**
_____

Before the Court is Plaintiff's motion for a preliminary injunction and temporary restraining order.  (Doc. no. 52.)  On September 22, 2020, the Court dismissed Plaintiff's second amended complaint for failure to state a claim, denied Plaintiff's motion for a temporary restraining order, and closed this civil action.  (Doc. no. 50.)  Because the complaint failed to state a claim and this civil action is closed, the Court **REPORTS** and **RECOMMENDS** Plaintiff's motion for a preliminary injunction and temporary restraining order be **DENIED**.  (Doc. no. 52).  The motion also fails on the merits because it merely

repeats arguments the Court rejected in its prior rulings.

SO REPORTED and RECOMMENDED this 20th day of October, 2020, at Augusta,

Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA