IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| WILLIAM NAVARRO CASTILLO, | |
| Plaintiff, | CIVIL ACTION NO.: 6:20-cv-36 |
| v. | |
| SGT. JOHNSON; OFFICER JACKSON; UNIT MANAGER HUTCHENSON; UNIT MANAGER SHARPE; WARDEN JAMES DEAL; DEPUTY WARDEN ADAMS; MS. SPELLS; UNIT MANAGER BOBBIT; OFFICER MS. LANE; OFFICER FNU MCGLOHONE; MS. CHESTER; and UNIT MANAGER JOHNSON, | |
| Defendants. | |

**O R D E R**

After a careful, *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, (doc. 53). Plaintiff did not file objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DENIES** Plaintiff's motion for a preliminary injunction and temporary restraining order, (doc. 52). This civil action remains **CLOSED**.

**SO ORDERED**, this 24th day of November, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA